**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DECKERS OUTDOOR CORPORATION,

        Plaintiff,

v.

A1VPG68YJ5DJCK, et al.,

        Defendants.

Case No. 25-cv-09863

**Judge Andrea R. Wood**

**Magistrate Judge Maria Valdez**

### DECLARATION OF SERVICE

I, Thomas J. Juettner, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On September 16, 2025, this Court entered an Order [15] permitting Plaintiff to complete service of process on the Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Order [15], and other relevant documents on a website and by sending an e-mail to the e-mail addresses provided for the Defendants by third parties that includes a link to said website.

3. I hereby certify that on October 3, 2025, I, or someone working under my direction, electronically published the Complaint, Order [15], and Summons on a website.

1

4.  I hereby certify that on October 3, 2025, I or someone working under my direction, sent an e-mail to the e-mail address identified in Exhibit A hereto that includes a link to said website.

5.  The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of October 2025, in Chicago, Illinois.

/s/ Thomas J. Juettner
Thomas J. Juettner
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
tjjuettner@gbc.law

*Counsel for Plaintiff Deckers Outdoor Corporation*

2