# Exhibit A

| Defendant/Seller Alias | Email Address |
| --- | --- |
| FITORY-SHOES | 13799429978@163.com |
| xiehui store | 1503339451@qq.com |
| lexingshangmaoshanghang | 15563761681@163.com |
| TangDao-US | 2320829039@qq.com |
| KaWQQFF | 3152905119@qq.com |
| YNPJQWP | 3298582238@qq.com |
| Gohom | 3329691292@qq.com |
| Home Slipper | 3438498215@qq.com |
| TANSUHEAR | 66tangsan@sina.com |
| YOUNANZ | 721460298@qq.com |
| TOCONFFON Fashion Store | amazonwxl@163.com |
| Sincere Way | chen.hy1@163.com |
| Parfeying | cheneying@outlook.com |
| Cozypony Global | coyzpong@163.com |
| diwollsam | diwollsam@163.com |
| KUOZHENSHANGHANG | dmj13110227505@163.com |
| weihaohaotian | fmf0724500451r@163.com |
| GJS US | gjsamz@163.com |
| guangzhoulejunkeji | guangdonglejun@163.com |
| YEZZQQ | haofe93157@163.com |
| Fuyulacom | jacaranda023@outlook.com |
| JINMAOTONG-US | jinmaotongamz@yeah.net |
| JNDZ | jndz_store2021@163.com |
| Annberthxx | j-vi-lin@163.com |
| bayecao | kbayecao@163.com |
| Csmy Store | kjxamz@163.com |
| LuxeLoom SHOP | liuyihan0610@outlook.com |
| putianshizhenpindingshengmaoyiyouxiangongsi | lixunzhi588689@163.com |
| YOUEBGE | luoting630@outlook.com |
| Harssidanzar | mangrovehz@gmail.com |
| JIALL | maosh833709@163.com |
| Yidyejk Fashion | mkiko8989@163.com |
| A2L1NUSOOU6O5R | monika612@163.com |
| Stebo | mrwang1006@qq.com |
| NewCharmy | ncharmyou6@126.com |
| ATHMILE Clothing US | polingwangluo@163.com |
| Syresi | px13026156706@163.com |
| Eteeti | qideng7734@163.com |
| QZNCBGGS | qizhoulin553@163.com |
| QXKJYXGS | qxkjyxgs@outlook.com |

| | |
|---|---|
| Ravenfish | ravenfish88@outlook.com |
| LRJSTOREE | ruijuan7363@163.com |
| SEEROL | seerol@163.com |
| Bulv | shoes9th@outlook.com |
| SIBOXIUSI US | siboxiusi@outlook.com |
| Kasenloye | tungecho@163.com |
| AINIYATING | u951704874@outlook.com |
| GBLW | wangy2022888@outlook.com |
| Smajongs | wufengus@outlook.com |
| A1VPG68YJ5DJCK | x13924749881@163.com |
| KeKe-US | xulz007@163.com |
| Tanamo Shoes | xzh20200318@163.com |
| HTESYQJLshangmao | yhanosp@163.com |
| YHHUUAA | yhyhyh7458@163.com |
| leimomaoyiyouxiangongsi268 | yst25617822@126.com |
| shan hui US | zhenhuishan66989876@outlook.com |
| US-Zhengsanhu | zsh2305223@163.com |