Deckers Outdoor Corporation

                        Plaintiff,

v.                                            Case No.: 1:25–cv–09863

                                          Honorable Andrea R. Wood

A1VPG68YJ5DJCK, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/6/2026. The Court makes the following oral rulings. Attorney Jianyin Liu's motion for leave to withdraw as counsel for Defendant SEEROL [55] is granted. Attorney Jianyin Liu is terminated as counsel for Defendant SEEROL. By 1/20/2026, Defendant SEEROL shall file a status report advising the Court on whether they intend to continue this case with new counsel or whether they have decided not to defend the case. The Clerk is directed to send a copy of this order to Defendant SEEROL via email, seerol_a@163.com. Defendants BAYECAO and JINMAOTONG–US are granted leave to file their answer or otherwise respond to the complaint by 1/16/2026. Plaintiff 9;s agreed motion for entry of a consent judgment as to Defendant WEIHAOHAOTIAN [49] is entered and continued. By 1/20/2026, Plaintiff shall file either (1) an amended motion to approve consent judgment that includes a signature on behalf of the Defendant, or (2) other evidence of Defendant's consent to the relief. Plaintiff's motion to strike Defendant PARFEYING's answer and counterclaims [56] is entered and continued. By 1/20/2026, Plaintiff and Defendant PARFEYING are directed to meet and confer and file a status report stating (1) the status of settlement and whether Plaintiff intends to file any motion to enforce the settlement, and (2) whether Plaintiff wishes to move forward with their motion to strike the answer and counterclaim [56] and for entry of default. Defendant FITORY–SHOES's motion to dismiss complaint [20] is taken under advisement. The Court notes no reply brief was filed. Plaintiff's motion for entry of default and default judgment as to certain Defendants [50] is taken under advisement as unopposed with respect to all other Defendants. The Court adopts the following case schedule for Plaintiff and the appearing Defendants set forth in their Rule 26(f) report [44]. Fact discovery shall be completed by 6/25/2026. Dispositive motions shall be filed by 9/30/2026. The case is referred to the magistrate judge for discovery supervision, with authority to adjust the case schedule, and for continued settlement discussions. Telephonic status hearing set for 2/10/2026 at 9:15 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future

hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.