# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DECKERS OUTDOOR CORPORATION,

        Plaintiff,

v.

A1VPG68YJ5DJCK, et al.,

        Defendants.

Case No. 25-cv-09863

**Judge Andrea R. Wood**

**Magistrate Judge Maria Valdez**

## JOINT STATUS REPORT

Pursuant to Order [66], Plaintiff Deckers Outdoor Corporation ("Plaintiff") and Defendant PARFEYING ("Defendant") (collectively, the "Parties") submit the following status report.

The Parties have reached an agreement and are in the process of effectuating the terms of settlement. As such, Plaintiff does not intend to file a motion to enforce settlement at this time. The Parties will file a stipulation of dismissal upon execution of the agreement.

Additionally, Plaintiff requests that its Motion to Strike Defendant's Answer and Counterclaims [56] be stayed, and that Defendant be excepted from the relief requested in Plaintiff's Motion for Entry of Default and Default Judgment [50].

Dated this 20th day of January 2026.

Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff*
*Deckers Outdoor Corporation*

/s/ Lance Liu
Lance Liu, Esq.
Bar No. 30002946
15 Minuteman Circle
Southbury, CT 06488
lanceliu2000@gmail.com
Ph: (203) 706-9536

*Counsel for Defendant*
*PARFEYING*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 20th day of January 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **<u>Exhibit A</u>** hereto that includes a link to said website.

<span style="margin-left:40%">/s/ Justin T. Joseph<br>
Amy C. Ziegler<br>
Justin R. Gaudio<br>
Justin T. Joseph<br>
Luana Faria de Souza<br>
Greer, Burns & Crain, Ltd.<br>
200 West Madison Street, Suite 2100<br>
Chicago, Illinois 60606<br>
312.360.0080<br>
312.360.9315 (facsimile)<br>
aziegler@gbc.law<br>
jgaudio@gbc.law<br>
jjoseph@gbc.law<br>
lfaria@gbc.law<br>
<br>
*Counsel for Plaintiff*<br>
*Deckers Outdoor Corporation*</span>