# Exhibit A

| Defendant/Seller Alias | Email Address |
| --- | --- |
| A1VPG68YJ5DJCK | x13924749881@163.com |
| A2L1NUSOOU6O5R | monika612@163.com |
| ANNBERTHXX | j-vi-lin@163.com |
| BAYECAO | kbayecao@163.com |
| COZYPONY GLOBAL | coyzpong@163.com |
| CSMY STORE | kjxamz@163.com |
| ETEETI | qideng7734@163.com |
| FUYULACOM | jacaranda023@outlook.com |
| GBLW | wangy2022888@outlook.com |
| GJS US | gjsamz@163.com |
| HARSSIDANZAR | mangrovehz@gmail.com |
| JIALL | maosh833709@163.com |
| JINMAOTONG-US | jinmaotongamz@yeah.net |
| JNDZ | jndz_store2021@163.com |
| KASENLOYE | tungecho@163.com |
| KAWQQFF | 3152905119@qq.com |
| KEKE-US | xulz007@163.com |
| KUOZHENSHANGHANG | dmj13110227505@163.com |
| LEIMOMAOYIYOUXIANGONGSI268 | yst25617822@126.com |
| LEXINGSHANGMAOSHANGHANG | 15563761681@163.com |
| LRJSTOREE | ruijuan7363@163.com |
| LUXELOOM SHOP | liuyihan0610@outlook.com |
| PARFEYING | cheneying@outlook.com |
| QXKJYXGS | qxkjyxgs@outlook.com |
| QZNCBGGS | qizhoulin553@163.com |
| RAVENFISH | ravenfish88@outlook.com |
| SHAN HUI US | zhenhuishan66989876@outlook.com |
| SIBOXIUSI US | siboxiusi@outlook.com |
| SYRESI | px13026156706@163.com |
| TANGDAO-US | 2320829039@qq.com |
| TANSUHEAR | 66tangsan@sina.com |
| US-ZHENGSANHU | zsh2305223@163.com |
| XIEHUI STORE | 1503339451@qq.com |
| YEZZQQ | haofe93157@163.com |
| YHHUUAA | yhyhyh7458@163.com |
| YIDYEJK FASHION | mkiko8989@163.com |
| YNPJQWP | 3298582238@qq.com |
| YOUEBGE | luoting630@outlook.com |
| YOUNANZ | 721460298@qq.com |