# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DECKERS OUTDOOR CORPORATION,

      Plaintiff,

v.

A1VPG68YJ5DJCK, et al.,

      Defendants.

Case No. 25-cv-09863

**Judge Andrea R. Wood**

**Magistrate Judge Maria Valdez**

## AGREED MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER

Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers") and Defendants JINMAOTONG-US, BAYECAO, and FITORY-SHOES ("Defendant") hereby move for entry of the proposed Confidentiality Order for governing discovery in this case. The proposed Order is adopted from the U.S. District Court for the Northern District of Illinois Model Confidentiality Order set forth in Form L.R. 26.2. In accordance with the guidelines set forth in that Form, both a "redline" showing the modifications made to the Model Order and a copy of the Proposed Order with all changes accepted are being submitted to Proposed_Order_Wood@ilnd.uscourts.gov.

Dated this 19th day of February 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff*
*Deckers Outdoor Corporation*


/s/ Jianyin Liu
Jianyin Liu
Law Offices of James Liu PLLC
30 N. LaSalle St., Ste. 1510
Chicago, IL 60602
Telephone: (305) 209-6188
Email: jianyin@jamestliulaw.com

*Counsel for Defendants*
*JINMAOTONG-US, BAYECAO, and*
*FITORY-SHOES*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff*
*Deckers Outdoor Corporation*