IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>A1VPG68YJ5DJCK, et al.,<br><br>    Defendants. | Case No. 25-cv-09863<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Maria Valdez** |

### DECLARATION OF JUSTIN T. JOSEPH

    I, Justin T. Joseph, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Defendants BAYECAO and JINMAOTONG-US (collectively, "Defendants") are e-commerce sellers that operate on the Amazon.com, Inc. ("Amazon") platform. Through their online stores, Defendants have advertised, offered for sale, and sold infringing products that feature the protected elements of the Tazz® Trade Dress (the "Infringing Products"). Attached hereto as **Exhibit 1** are true and correct copies of screenshots of Defendant BAYECAO listing for the Infringing Products on Amazon. Attached hereto as **Exhibit 2** are true and correct copies of screenshots of Defendant JINMAOTONG-US listing for the Infringing Products on Amazon. Excerpts of Exhibits 1 and 2 were previously submitted as part of Exhibit 1 to the Complaint [1-1].

3. On January 7, 2026, I served Plaintiff's First Set of Interrogatories and First Set of Requests for Production (collectively, "Plaintiff's Discovery Requests") on Defendants. Plaintiff's Discovery Requests are attached to Plaintiff's Motion as Exhibit 1. The deadline for Defendants to respond to Plaintiff's Discovery Requests was February 6, 2026. Defendants failed to timely respond or produce any responsive documents.

4. On February 9, 2026, I requested via e-mail that the parties hold a Local Rule 37.2 meet-and-confer to discuss Defendants' failure to respond to Plaintiff's Discovery Requests. The February 9, 2026, e-mail included an attachment of Plaintiff's Discovery Requests. The Parties agreed to hold a meet-and-confer on February 12, 2026.

5. On February 12, 2026, at 11:00 a.m. Central Time, a meeting was held via video teleconferencing and was attended by: myself and Luana Faria de Souza from Greer, Burns & Crain, Ltd. on behalf of Plaintiff, and Jianyin Liu from The Law Offices of James Liu PLLC on behalf of Defendants. During that meeting, the Parties agreed that Defendants would provide responses to Plaintiff's Discovery Requests by February 25, 2026. Attached as **Exhibit 3** are true and correct copies of the Parties' correspondences regarding the Local Rule 37.2 conference, including confirmation that the Parties agreed Defendant could respond to Plaintiff's Discovery Requests by February 25, 2026.

6. As of this filing, Defendants have not responded to Plaintiff's Discovery Requests.

7. Defendants have not provided information or documents showing that they performed a search to determine how many total Infringing Products were sold on Defendants' e-commerce stores or on any of the other e-commerce stores that Defendants may operate.

8. **Exhibit 4** attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Motion to Compel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 3rd day of March 2026 in Chicago, Illinois.

/s/ Justin T. Joseph
Justin T. Joseph
*Counsel for Plaintiff Deckers Outdoor Corporation*