# Exhibit 1





















