# Exhibit 2





































