# Exhibit 3

**Luana Faria**

| | |
|---|---|
| **From:** | Jianyin Liu <jamesliulaw@gmail.com> |
| **Sent:** | Wednesday, February 18, 2026 3:02 PM |
| **To:** | Justin Joseph |
| **Cc:** | Justin Gaudio; Amy Ziegler; Allyson Martin; Luana Faria |
| **Subject:** | Re: Proposed Confidentiality Order - JINMAOTONG-US & BAYECAO - Deckers Outdoor Corporation v. A1VPG68YJ5DJCK, et al. (NDIL 25-cv-09863); GBC 0442*161991 |

> [EXTERNAL EMAIL]

No objections.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Feb 18, 2026, at 3:10 PM, Justin Joseph <jjoseph@gbc.law> wrote:
>
> Jianyin,
>
> Please see the attached proposed confidentiality order that will apply to Plaintiff and Defendants JINMAOTONG-US, BAYECAO, and FITORY-SHOES.  Please advise if it is acceptable by tomorrow afternoon (2/19) and we will get it on file.
>
> Also as a reminder – per our LR 37.2 conference, we look forward to receiving JINMAOTONG-US's and BAYECAO's discovery responses by February 25, 2026.
>
> Best regards,
>
> Justin
>
> Justin Joseph | ATTORNEY AT LAW

1

&lt;image001.png&gt;

200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 |Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

---

**From:** Jianyin Liu <jamesliulaw@gmail.com>
**Sent:** Thursday, February 12, 2026 10:55 AM
**To:** Justin Joseph <jjoseph@gbc.law>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Luana Faria <lfaria@gbc.law>
**Subject:** Re: Rule 37.2 Conference - JINMAOTONG-US & BAYECAO - Deckers Outdoor Corporation v. A1VPG68YJ5DJCK, et al. (NDIL 25-cv-09863); GBC 0442*161991

**[EXTERNAL EMAIL]**

Ok.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Feb 12, 2026, at 11:29 AM, Justin Joseph <jjoseph@gbc.law> wrote:
>
> You didn't miss the conference. It's at 11:00am CT/12:00pm ET today.
>
> Justin Joseph | ATTORNEY AT LAW
>
> &lt;image001.png&gt;
> 200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 |Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

**From:** Jianyin Liu <jamesliulaw@gmail.com>
**Sent:** Thursday, February 12, 2026 10:28 AM
**To:** Justin Joseph <jjoseph@gbc.law>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Luana Faria <lfaria@gbc.law>
**Subject:** Re: Rule 37.2 Conference - JINMAOTONG-US & BAYECAO - Deckers Outdoor Corporation v. A1VPG68YJ5DJCK, et al. (NDIL 25-cv-09863); GBC 0442*161991

**[EXTERNAL EMAIL]**

Hi Justin,

Sorry for missing the conference. My clients were celebrating holidays and not reachable. I thought I changed it in calendar. Sorry about that.

Sincerely,

Jianyin Liu, Esq.
FBN: 1007675 WSBA: 59542
The Law Offices of James Liu PLLC

15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157

30 N LaSalle St, Suite 1510,
Chicago, IL 60602
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com; jamesliu@jamesliulaw.com
Website: http://JamesLiulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

On Thu, Feb 12, 2026 at 10:59 AM Justin Joseph <jjoseph@gbc.law> wrote:
> Jianyin,

Please confirm you will be in attendance at today's conference at 11:00am CT/12pm ET.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW

<image001.png>

200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

**From:** Justin Joseph
**Sent:** Monday, February 9, 2026 1:45 PM
**To:** 'Jianyin Liu' <jamesliulaw@gmail.com>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Luana Faria <lfaria@gbc.law>
**Subject:** Rule 37.2 Conference - JINMAOTONG-US & BAYECAO - Deckers Outdoor Corporation v. A1VPG68YJ5DJCK, et al. (NDIL 25-cv-09863); GBC 0442*161991

Jianyin,

The conference has been rescheduled for Thursday (2/12) at 11:00am CT.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW

<image001.png>

200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

**From:** Jianyin Liu <jamesliulaw@gmail.com>
**Sent:** Monday, February 9, 2026 12:38 PM
**To:** Justin Joseph <jjoseph@gbc.law>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Luana Faria <lfaria@gbc.law>
**Subject:** Re: Rule 37.2 Conference - JINMAOTONG-US & BAYECAO - Deckers Outdoor Corporation v. A1VPG68YJ5DJCK, et al. (NDIL 25-cv-09863); GBC 0442*161991

**[EXTERNAL EMAIL]**

Let us move to Feb. 12. Hopefully I will get the answer then.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Feb 9, 2026, at 12:55 PM, Justin Joseph <jjoseph@gbc.law> wrote:
>
> Jianyin,
>
> We need to set up a Local Rule 37.2 conference to discuss JINMAOTONG-US's and BAYECAO's failure to respond to the attached discovery requests that were served on January 7, 2026. We also need to discuss Defendants' failure to provide their Rule 26(a)(1) Initial Disclosures by January 14, 2026, as requested..
>
> I am concurrently sending a Teams invitation for Wednesday, February 11, 2026 at 11:00am CT. If this time does not work for you, please provide an alternative time for the same date or for Thursday, February 12, 2026.
>
> Best regards,
>
> Justin
>
> Justin Joseph | ATTORNEY AT LAW
>
> <image001.png>
> 200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law
> CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

> <Requests for Production (25-cv-09863) JINMAOTONG-US.pdf><Interrogatories (25-cv-09863) BAYECAO.pdf><Interrogatories (25-cv-09863) JINMAOTONG-US.pdf><Requests for Production (25-cv-09863) BAYECAO.pdf>

<Proposed Confindentiality Order (25cv9863).doc><Agreed Motion for Confidentiality Order (FITORY-SHOES, et al.).docx>