**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Deckers Outdoor Corporation

Plaintiff,

v.                                                    Case No.: 1:25−cv−09863
                                                      Honorable Andrea R. Wood

A1VPG68YJ5DJCK, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 5, 2026:

        MINUTE entry before the Honorable Maria Valdez: Hearing on Defendant
Fitory−Shoes's Amended Motion for Protective Order [88] is set for 3/18/26 at 10:00 a.m.
in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written
responses to the motion must be filed by 12:00 p.m. on 3/13/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.