Exhibit 1

















