Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DECKERS OUTDOOR CORPORATION,

Plaintiff,

v.

A1VPG68YJ5DJCK, et al.,

Defendants.

Case No. 1:25-cv-09863
Judge Andrea R. Wood
Magistrate Judge Maria Valdez

_____/

## DEFENDANT FITORY-SHOES' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant FITORY-SHOES ("Defendant"), by and through its undersigned counsel,

hereby responds to Plaintiff's First Set of Interrogatories as follows. These responses

are based on information reasonably available to Defendant as of the date of service.

Defendant reserves the right to supplement or amend these responses as additional

information becomes available.

## RESPONSES TO INTERROGATORIES

Interrogatory No. 1:
Identify Yourself, including, but not limited to, identifying the owner(s) and/or
operator(s) of:
a) Defendant's E-commerce Store;
b) Defendant's Social Media Accounts;
c) Defendant's Financial Accounts.

Response:
Defendant FITORY-SHOES operates an Amazon seller account with the following
seller IDs across regions: United States (A3360EDQGO5075), Canada
(A3360EDQGQ5075), Mexico (A3360EDQGQ5075), and Brazil

(A3360EDQGQ5075). The store is operated by an individual located in China. Specific owner/operator name and contact information are not provided at this time, subject to supplementation. No social media accounts are bound to or used for the store. Financial accounts are those associated with the Amazon seller account, with the collection account held by Skyon International Trade (Hong Kong) Company Limited. Registration email: 13799429978@163.com. See attached screenshots (Attachment 1: Seller ID Screenshots; Attachment 2: Store Registration Email Screenshot; Attachment 4: Collection Account Basic Information Screenshot).

Interrogatory No. 2:
Identify each and every domain name or E-commerce Store Used by You, or anyone identified in Your response to Interrogatory No. 1 that advertised and/or offered for sale Accused Products to United States residents.

Response:
Defendant operates solely through an Amazon.com seller store under the name FITORY-SHOES. No other domain names or e-commerce stores are used for advertising or offering Accused Products to United States residents.

Interrogatory No. 3:
Identify all Accused Products advertised, offered for sale and/or sold by You to the United States since the beginning of this Lawsuit and five years prior, and for each Accused Product provide the: e-commerce store product URL, e-commerce store identification number (e.g. Amazon.com ASIN), product listing title, quantity offered for sale, colors offered for sale, sizes offered for sale, quantity sold, sale date, sale price, any cost deductions and profit.

Response:
Defendant identifies one product alleged to be accused in this action:
Amazon ASIN: B0DV3FPQ26
E-commerce store product URL: No separate product page URL is provided as the product is listed exclusively on Amazon.com under ASIN B0DV3FPQ26. The listing can be located by searching the ASIN directly on Amazon.com, and relevant listing details are included in Attachment 3 (Product Listing Page Screenshot).
Product listing title: FITORY Womens Platform Slippers, Suede Ankle Boots with Fleece-lined for Indoor Outdoors Size 6-11
Sales period: September 2024 – December 2025 (Launch date: September 2024; not yet removed from shelves)
Quantity sold (total, primarily to U.S.): Approximately 4,000 pairs
Regular sale price: $22.49
Estimated profit per unit: Approximately $2

Colors offered for sale: Chestnut (with 9 total variants, specific color details of other variants available upon request)

Sizes offered for sale: Women's sizes 6-11 (standard full sizes, no half sizes)

Quantity currently offered for sale: Approximately 1,800 pairs remain available

Cost deductions: Include Amazon platform fees, FBA shipping fees, and internal promotion costs; detailed breakdowns are not maintained separately

Defendant has no records of additional accused products meeting Plaintiff's definition. See attached product screenshots (Attachment 3: Product Listing Page, Title and Images Screenshots).

Interrogatory No. 4:

Describe in detail Your search parameters and procedure for identifying Accused Products in response to Interrogatory No. 3.

Response:

Defendant identified the accused product based on the platform's (Amazon's) internal marking of the specific listing (ASIN B0DV3FPQ26) in connection with this litigation. The search and identification procedure included: 1) Accessing the Amazon seller backend; 2) Screening notifications and flagged listings related to the lawsuit; 3) Verifying the listing against the allegations in the Plaintiff's Complaint; 4) Confirming the product as the only Accused Product through cross-checking with order and inventory records.

Interrogatory No. 5:

Provide a listing of item titles for each product sold to the United States by You on Defendant's Internet Store in the year prior to the date of this Lawsuit.

Response:

The only product sold to the United States in the year prior to the filing of the Complaint (August 18, 2024 – August 18, 2025) was:"FITORY Womens Platform Slippers, Suede Ankle Boots with Fleece-lined for Indoor Outdoors Size 6-11" (ASIN B0DV3FPQ26). Sales to the U.S. constituted approximately 90% of total sales for this product.

Interrogatory No. 6:

Identify any Financial Accounts which receive payments or hold assets for You, or anyone identified in Your response to Interrogatory No. 1.

Response:

Payments are received through Amazon's standard seller payout system, which deposits funds into the designated collection account linked to the seller profile. The account details are as follows:

Account holder name: Skyon International Trade (Hong Kong) Company Limited

Account type: Amazon Seller Collection Account

Current account balances (as of the response date):

North America: US$84,131.02 (United States: US$67,704.44; Canada: US$15,830.10; Mexico: US$596.48)

South America: US$146.01 (Brazil: US$146.01)

No additional financial accounts are used for receiving payments or holding assets related to this store. See attached screenshots (Attachment 4: Collection Account Basic Information Screenshot; Attachment 5: Current Account Balance Screenshot; Attachment 6: Account Opening Entity and Platform Screenshot).

Interrogatory No. 7:

Identify and describe in detail all channels through which You market, advertise and promote products to consumers throughout the United States, including, but not limited to, the names of websites, e-commerce platforms, and social media platforms in which You have advertised Your products.

Response:

Defendant markets and promotes products exclusively through Amazon's platform, utilizing Amazon's internal promotional tools, including Amazon-sponsored ads and optimized product listings. No external advertising or promotion channels are used, including but not limited to social media platforms (Facebook, Instagram, TikTok, Twitter), independent websites, search engine ads, or third-party marketplace platforms other than Amazon. Defendant confirms no advertisements have been placed targeting the United States outside of Amazon's internal tools.

Interrogatory No. 8:

Identify what percentage of Your gross revenue were for sales to United States consumers.

Response:

Approximately 90% of Defendant's gross revenue from the Accused Product (ASIN B0DV3FPQ26) is derived from sales to United States consumers.

Interrogatory No. 9:

Identify which countries you were attempting to sell product to through Defendant's E-commerce Store.

Response:
Through Defendant's Amazon seller account, the primary country targeted for product sales is the United States. Secondary sales regions include Canada, Mexico, and Brazil (as reflected in the collection account balances), but no active efforts are made to promote or target sales to these secondary countries beyond Amazon's default marketplace availability.

Interrogatory No. 10:
Identify all persons, other than counsel, who participated, or were consulted, in responding to these Interrogatories.

Response:
In addition to counsel, the following person participated in sorting and preparing information for these responses:
Name: Zheng Jieliang
Position: Operations Specialist
Involvement: Collected and organized store data, order records, product information, and account details; provided screenshots and supporting materials referenced in these responses.

/s/ Jianyin Liu

Jianyin Liu
The Law Offices of James Liu PLLC
30 N LaSalle St, Ste 1510
Chicago, IL 60602
Telephone: 305-209-6188
FL Bar No. 1007675
Attorney for Defendant FITORY-SHOES

VERIFICATION

I, Jieliang Zheng, declare under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge and belief.

Executed on: January 15, 2026

ATTACHMENTS INDEX

Attachment 1: Screenshot of Store Name / Seller ID Information

Attachment 2: Screenshot of Email Used for Store Registration

Attachment 3: Screenshot of Product Listing Page, Product Title and Images

Attachment 4: Screenshot of Collection Account Basic Information

Attachment 5: Screenshot of Current Account Balance

Attachment 6: Screenshot of Account Opening Entity, Opening Platform and Relevant Information