Exhibit 3

# Justin Joseph

| | |
|---|---|
| **From:** | Jianyin Liu <jamesliulaw@gmail.com> |
| **Sent:** | Saturday, January 17, 2026 9:01 AM |
| **To:** | Justin Joseph |
| **Cc:** | Justin Gaudio; Luana Faria |
| **Subject:** | Re: FITORY-SHOES - L.R. 37.2 Conference - FITORY-SHOES - Deckers Outdoor Corp. v. A1VPG68YJ5DJCK, et al. (NDIL 25cv09863); GBC 0442*161991 |

> **[EXTERNAL EMAIL]**

Hi Justin,

For Fitory-Shoes:

Operator: Jie Liang Zheng (杰樑 郑)

Email: zhengjieliang@mail.fitory.com

Phone: +86 18960427737

Address: RM C, UNIT A19, ON 19/F , WAH LOK
IND CTR PHASE I NOS 37-41 SHAN MEI
ST
SHA TIN, HONGKONG
China
999077

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida


> On Jan 15, 2026, at 2:24 PM, Jianyin Liu <jamesliulaw@gmail.com> wrote:
>
> Got it. Thanks.
>
> Sincerely,
>
> Jianyin Liu, Esq.

The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Jan 15, 2026, at 1:34 PM, Justin Joseph <jjoseph@gbc.law> wrote:
>
> Jianyin,
>
> Thank you for meeting with us yesterday (1/12).  As discussed, we look forward to receiving Defendant FITORY-SHOES's supplemental discovery responses in accordance with the attached letter before Monday (1/19).
>
> Best regards,
>
> Justin
>
> Justin Joseph | ATTORNEY AT LAW
>
> <image001.png>
> 200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law
> CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.
>
> ---
>
> **From:** Justin Joseph
> **Sent:** Tuesday, January 13, 2026 2:22 PM
> **To:** 'Jianyin Liu' <jamesliulaw@gmail.com>
> **Cc:** Justin Gaudio <jgaudio@gbc.law>; Luana Faria <lfaria@gbc.law>
> **Subject:** I have another meeting
>
> Jianyin,
>
> It is not sufficient. You simply resent the same discovery responses and document production that our letter identified as deficient.
>
> I have rescheduled the L.R. 37.2 conference for tomorrow (1/14) at 2:30pm CT/3:30pm ET.  If that time does not work for you, please provide an alternate time for tomorrow (1/14).  Please provide a specific time – not a range.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW

<image001.png>
200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law
CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

---

**From:** Jianyin Liu <jamesliulaw@gmail.com>
**Sent:** Tuesday, January 13, 2026 2:02 PM
**To:** Justin Joseph <jjoseph@gbc.law>
**Subject:** I have another meeting

**[EXTERNAL EMAIL]**

Hi Justin,

I have one meeting with Kida's school popping up with short notice. Shirt that I can not attend. I have sent you all documents already this morning. Let me know if they are sufficient.


Sincerely,

Jianyin Liu, Esq.
FBN: 1007675 WSBA: 59542
The Law Offices of James Liu PLLC

15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157

30 N LaSalle St, Suite 1510,
Chicago, IL 60602
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com; jamesliu@jamesliulaw.com
Website: http://JamesLiulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida


<Letter re Discovery Deficiencies (25cv9863) FITORY-SHOES.pdf>