Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A1VPG68YJ5DJCK, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-09863<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE TO TAKE DEPOSITION OF JIE LIANG ZHENG

TO:　Jie Liang Zheng
　　　c/o Jianyin Liu, Attorney for Jie Liang Zheng
　　　The Law Offices of James Liu PLLC
　　　15750 SW 92nd Ave., Unit 20C
　　　Palmetto Bay, FL 33157
　　　jamesliulaw@gmail.com
　　　Ph: (305) 209-6188

**PLEASE TAKE NOTICE** that on April 8, 2026, Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers") will take the deposition upon oral examination of Jie Liang Zheng pursuant to Fed. R. of Civ. P. 30(b)(1), beginning at 9:30 a.m. Central Time. The deposition will take place at the office of Greer, Burns & Crain, Ltd., 200 West Madison Street, Suite 2100, Chicago, Illinois, 60606. The deposition will be recorded by stenographic means and will be taken before a certified court reporter who is authorized to administer oaths in the place where the deposition will be held. In addition to the transcription, said deposition will be recorded by video and audio means. The taking of this deposition may be adjourned from day to day until completed and may occur over several days.

1

Dated this 30th day of January 2026.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff Deckers Outdoor Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2026, a copy of the foregoing was served on the following via electronic mail:

Jianyin Liu
FBN: 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave. Unit 20C
Palmetto Bay, FL 33157
jamesliulaw@gmail.com
Ph: (305) 209 6188

*Counsel for Defendant*
*FITORY-SHOES*

          /s/ Justin T. Joseph
          Justin T. Joseph
          Greer, Burns & Crain, Ltd.
          *Counsel for Plaintiff*
          *Deckers Outdoor Corporation*