**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Deckers Outdoor Corporation

Plaintiff,

v.

Case No.: 1:25−cv−09863
Honorable Andrea R. Wood

A1VPG68YJ5DJCK, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing held on Plaintiff's Motion to Compel Defendants BAYECAO and JINMAOTONG−US [82] and Defendant Fitory−Shoes's Amended Motion for Protective Order [88]. Defendants BAYECAO and JINMAOTONG−US do not appear. Plaintiff's Motion to Compel [82] is entered and continued. Defendant's Motion for Protective Order [88] is stricken as moot. The deposition at issue in the motion shall proceed by agreement of the parties in open court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.